## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

ALYSSA MACLEOD and ABBIE VAN LEE, on
behalf of themselves and others similarly situated,

                  Plaintiffs,

v.

CHIPOTLE MEXICAN GRILL, INC., CHIPOTLE
SERVICES, LLC and ALI NAMVAR,

                  Defendants.

No: 2:18-cv-17042 (BRM)(JAD)

**NOTICE OF VOLUNTARY
DISMISSAL WITH PREJUDICE
OF DEFENDANT ALI NAMVAR**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Alyssa MacLeod and Abbie Van Lee, by and through their undersigned counsel, hereby voluntarily dismiss with prejudice Defendant Ali Namvar from this action. Voluntary dismissal under F.R.C.P. 41(a)(1)(A)(i) is appropriate as Defendant Namvar has neither submitted an answer nor moved for summary judgment in this matter.

Dated: February **25**, 2021
       Princeton, NJ

Respectfully submitted,

By: /s/ _____
Carl J. Mayer, Esq
MAYER LAW GROUP LLC
174 Nassau Street
Suite 414
Princeton, New Jersey 08542
(609) 921-0253

*Counsel for Plaintiffs*

SO ORDERED:

_____
BRIAN R. MARTINOTTI, USDJ
DATED: FEBRUARY 26, 2021

WEST\293079003.1