## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALYSSA MACLEOD, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CHIPOTLE MEXICAN GRILL, INC. *et al.*, <br><br> Defendants. | Case No. 2:18-cv-17042 (BRM) (JSA) <br><br> ORDER |

**THIS MATTER** is before the Court on Defendants Chipotle Mexican Grill, Inc. and Chipotle Services, LLC's ("Defendants") Motion to Dismiss Plaintiffs Alyssa MacLeod and Abbie Van Lee's ("Plaintiffs") Amended Complaint. (ECF No. 103.) On January 11, 2022, the Court granted Defendants' unopposed motion to dismiss Plaintiffs' Amended Complaint without prejudice, permitting Plaintiffs fourteen (14) days to amend the complaint or dismissal will be automatically converted to a final order with prejudice. (ECF No. 104.) To date, Plaintiffs have not submitted a response within the allotted time. Having reviewed the parties' submissions filed in connection with the motions and having declined to hold oral argument pursuant to Federal Rule of Civil Procedure 78(b), for good cause having been shown,

**IT IS** on this 1st day of March 2022,

**ORDERED** that Defendants' Motion to Dismiss (ECF Nos. 103) is **GRANTED**; and it is further

**ORDERED** that Plaintiffs' Amended Complaint (ECF No. 6) is **DISMISSED with prejudice** and the matter shall be marked **CLOSED**.

*/s/ Brian R. Martinotti*
**BRIAN R. MARTINOTTI**
**UNITED STATES DISTRICT JUDGE**